IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL MARSHALL, | No. 2:09-CV-2148-JAM-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| ROBERT NILRAM, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff, who is proceeding pro se, brings this civil action. Plaintiff seeks the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. See <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>See</u> <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). A finding of "exceptional circumstances" requires an evaluation of both the likelihood of success on the merits and the ability of the plaintiff to articulate his claims on his own in light of the complexity of the legal issues involved. See <u>Terrell</u>, 935 F.2d at 1017. Neither factor is dispositive and both must be viewed together before reaching a decision. <u>See</u>

1 | id.

2 |       For the reasons explained in the accompanying findings and recommendations,
3 | the court does not find the required exceptional circumstances exist in this case.
4 |       Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the
5 | appointment of counsel (Doc. 9) is denied.

7 | DATED: August 31, 2012

                                                    /s/ Craig M. Kellison  
                                                  **CRAIG M. KELLISON**  
                                                  UNITED STATES MAGISTRATE JUDGE